IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY LAMAR WINSTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:15cv433-WHA |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

On June 13, 2017, the Magistrate Judge filed a Recommendation (Doc. # 21) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 21) is ADOPTED;

(2) Petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Doc. # 1) is DENIED; and

(3) This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 3rd day of August, 2017.

　　　　　　　　　　　　　　　　 /s/ W. Harold Albritton
　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE